IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

HENRY DAVID POTWIN                                      PETITIONER

v.                  NO. 2:05CV00050 JMM-JFF

LINDA SANDERS,
Warden, FCI-Forrest City,
Arkansas                                                          RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ORDERED this 10th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE