IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

HENRY DAVID POTWIN                                PETITIONER

v.                          NO. 2:05CV00050 JMM-JFF

LINDA SANDERS,
Warden, FCI-Forrest City,
Arkansas                                                 RESPONDENT

**JUDGMENT**

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ADJUDGED this 10th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE